

# Fourth Court of Appeals
## San Antonio, Texas

June 1, 2015

No. 04-15-00334-CV

**IN RE** Tina Marie Allen **SOUZA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice
               Jason Pulliam, Justice

On May 29, 2015, relator Tina Marie Allen Souza filed a petition for writ of mandamus and an emergency motion to stay proceedings pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion to stay proceedings are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 1, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of June, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2003-PA-01721, styled *In the Interest of T.R.A., A Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.